Philip J. Nathanson (Arizona State Bar #013624)
**THE NATHANSON LAW FIRM**
8326 E. Hartford Dr., Suite 101
Scottsdale, AZ 85255
Phone Number: (480) 419-2578
philipj@nathansonlawfirm.com
*Attorneys for Defendants/Counterclaimants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Auto-Owners Insurance Company, | Case No.: 4:18-CV-00497-CKJ |
| Plaintiff/Counter-Defendant, | |
| vs. | **MOTION TO WITHDRAW WITHOUT CLIENT CONSENT AND REQUEST FOR FURTHER STAY** |
| 12 University LLC, *et al*, | |
| Defendants/Counterclaimants. | |

Pursuant to Rule 5.3(a)(2)(B)(ii), Arizona Rules of Civil Procedure, Philip J. Nathanson and THE NATHANSON LAW FIRM, attorneys for Defendants James Diller and Sheila Diller (the Attorneys), hereby move this Court to withdraw as counsel of record.

Arizona Supreme Court Rule 42, Rules of Professional Conduct, mandate that a lawyer may withdraw from representing a client if "the client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement" ER. 1.16(b)(4). This case is at the pre-judgment discovery phase of the case. No trial has occurred or is imminent. As such the Attorneys' withdrawal will not have a material adverse effect on Plaintiff's interests.

The Attorneys certify, pursuant to Ariz. R. Civ. P. 5.3(a)(2)(B)(ii), that they have notified the Dillers about: (1) the status of the case; (2) compliance with any existing orders; (3) the date and time for the next hearing; (4) any other pending

deadlines; and (5) the possibility of sanctions for failing to comply with any existing orders.

The Nathanson Law Firm respectfully requests that the Court continue the stay of all proceedings to allow the Dillers the opportunity to secure substitute counsel. This delay will not prejudice Plaintiff in the case as discovery remains to be completed and this matter has been stayed due to the pending corporate bankruptcy.

The Nathanson Law Firm communicates with the Dillers via email and phone:

**James Diller**
Tel: 520-622-7478
2dcmtucson@cox.net

**DATED**: June 3, 2021

**THE NATHANSON LAW FIRM**

By:    /s/ *Philip Nathanson*
Philip J. Nathanson
8326 E. Hartford Dr., Suite 101
Scottsdale, AZ 85255
Phone Number: (480) 419-2578
Fax Number: (480) 419-4136
philipj@nathansonlawfirm.com

**COPY** of the foregoing emailed this 2nd day of June, 2021, to:

Kevin C. Barrett, State Bar No. 020104
Jennifer M. Bahling, State Bar No. 013260
**BARRETT & MATURA, P.C.**
8925 E. Pima Center Parkway, Suite 215
Scottsdale, Arizona 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5711
Email: kbarrett@barrettmatura.com
jbahling@barrettmatura.com

*Attorneys for Plaintiff Auto-Owners Insurance Company*