**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Auto-Owners Insurance Company, | No. CV-18-00497-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| 12 University LLC, et al., | |
| Defendants. | |

    This matter has been stayed, pending resolution of a bankruptcy proceeding, which has now been resolved. A Motion to Dismiss has been filed by Plaintiff/Counterdefendant Auto-Owners Insurance Company ("Auto-Owners") to dismiss its claims against Defendant/Counterclaimant 12 University, LLC ("12 University") and all Counterclaims brought by 12 University against Auto-Owners.

    Auto-Owners further moves to dismiss all remaining claims as between Auto-Owners and counterclaimants, the Dillers, personally because they have no personal claims against Auto-Owners. "Any claims they have are based exclusively on their status as members/managers of the LLC," and are "simply derivative of the claims regarding 12 University." (Motion to Dismiss (Doc. 99) at 2.)

    **Accordingly,**

    **IT IS ORDERED** that within 14 days of the filing date of this Order, the counterclaimants, the Dillers, shall show cause in writing as to why this action should not

be dismissed in its entirety. Failure to show cause shall result in the Court granting the Motion to Dismiss and ordering this case closed.

Dated this 25th day of February, 2023.

_____
Honorable Cindy K. Jorgenson
United States District Judge