**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Auto-Owners Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>12 University LLC, et al.,<br><br>Defendants. | No. CV-18-00497-TUC-CKJ<br><br>**ORDER** |

On February 27, 2023, the Court received notice by Plaintiff Auto-Owners Insurance Company that this matter has been resolved. The Court issued an Order for Defendants/Counterclaimants James and Sheila Diller to show cause why this matter should not be dismissed in its entirety. None has been made, therefore, having reviewed Plaintiff/Counterdefendant Auto-Owners Insurance Company ("Auto-Owners") Motion to Dismiss (Doc. 99), and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that Auto-Owners' Motion to Dismiss is GRANTED, with all claims brought by Auto-Owners against 12 University, LLC and all counterclaims brought by 12 University, LLC against Auto-Owners dismissed in their entirety, with prejudice, each party to bear its own fees and costs.

**IT IS FURTHER ORDERED** that all claims brought by Auto-Owners against James and Sheila Diller and all counterclaims brought by James and Sheila Diller against

Auto-Owners shall be dismissed in their entirety, with prejudice, each party to bear its own fees and costs.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 14th day of March, 2023.

_____
Honorable Cindy K. Jorgenson
United States District Judge